**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CORNERSTONE CHEMICAL COMPANY** | * | **CIVIL ACTION NO. 2:22-CV-01255** |
| **Plaintiff** | * | |
| | * | **SECTION "L"** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **FACTORY MUTUAL INSURANCE COMPANY, HDI GLOBAL INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY. GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, HDI GLOBAL SPECIALTY, SE, AND HELVETIA SWISS INSURANCE COMPANY IN LIECHTENSTEIN, LTD** | * | **JUDGE ELDON E. FALLON**<br>**MAGISTRATE JANIS VAN MEERVELD**<br>**JURY TRIAL DEMANDED** |
| | * | |
| **Defendants** | * | |

**************************************************************************

**<u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>**

Upon consideration of the foregoing Agreed Motion for Entry of Order of Dismissal with Prejudice filed by Cornerstone Chemical Company; Factory Mutual Insurance Company; Zurich American Insurance Company; Ace American Insurance Company; General Security Indemnity Company of Arizona; HDI Specialty SE; HDI Global Insurance Company; and Helvetia Swiss Insurance Company in Liechtenstein, Ltd. (collectively the "Parties"), the Court is of the opinion that the Parties' Agreed Motion should be granted.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action and all claims, causes of action, counterclaims and third-party claims asserted by the Parties in this action, or which could have been asserted in this action by the Parties, against one another are hereby dismissed with prejudice to their respective right to re-file same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court in this action, including without limitation attorneys' fees, if any, are taxed against the party incurring same.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all relief not expressly granted herein is in all things denied and that this Agreed Order of Dismissal with Prejudice fully and finally disposes of all claims in this action by all the Parties.

New Orleans, Louisiana, this 12th day of October, 2022.

______________________________
**UNITED STATES DISTRICT JUDGE**